# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS TORRES FLORES, | CV F 07-0033 AWI SMS HC |
| Petitioner, | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| v. | |
| JEFF WRIGLEY, | |
| Respondent. | |

_____/

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.   Pursuant to 28 U.S.C. § 1915, Petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:    February 8, 2007**                    _____/s/ Sandra M. Snyder_____
ah0l4d                                      UNITED STATES MAGISTRATE JUDGE

1